IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**GREGORY LANE,**

    Plaintiff,

v.                                                             Civil Action No. **3:25CV429**

**MR. CARPINO**, *et al.*,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on June 30, 2025, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On October 2, 2025, the United States Postal Service returned a September 23, 2025 Memorandum Order to the Court marked, "Return to Sender," and "Inmate not in VADOC." (ECF No. 10, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/ _____
John A. Gibney, Jr.
Senior United States District Judge

Date: 22 October 2025
Richmond, Virginia